Robert R. FARRELL, Sr., Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2009–3128.

United States Court of Appeals,
Federal Circuit.

July 14, 2009.

*ORDER*

Robert R. Farrell, Sr., has complied with the court's order of May 20, 2009. Upon consideration thereof, IT IS ORDERED THAT:

(1) The court's April 9, 2009 dismissal order and mandate are hereby, vacated and recalled, and the petition for review is reinstated.

(2) The Merit Systems Protection Board's brief is due within 21 days of the date of filing of this order.

---

Wanda N.D. THOMAS, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3107.

United States Court of Appeals,
Federal Circuit.

July 14, 2009.

Wanda N.D. Thomas, Evans, GA, pro se.

Shari A. Rose, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.